HERMAN YELSKY, Respondent, v. SAMUEL ROSENSTEIN, Appellant.— Motion for stay of trial granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SAMUEL ZISES, Respondent, v. JACOB SCHWARTZ, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

CHARLES BECKER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

LENA BEEBER, Respondent, v. SAMUEL BEEBER, Appellant.— Order affirmed, with ten dollars costs and disbursements. The showing in the affidavits herein upon which the order of arrest of October 11, 1927, was made was sufficient in view of defendant's previous conduct. The separation decree continued in full force and effect, both with respect to the period before the alleged reconciliation and the period after the alleged reconciliation, so long as no order revoking the decree was made pursuant to section 1165 of the Civil Practice Act, which section provides the exclusive method of revoking or terminating a decree of separation. (*Hobby* v. *Hobby*, 5 App. Div. 496; *Jones* v. *Jones*, 90 Hun, 414; *Hallow* v. *Hallow*, 200 App. Div. 642; *Gewirtz* v. *Gewirtz*, 189 id. 483.) In so far as *Lawrence* v. *Lawrence* (202 App. Div. 844) is to the contrary, that case is overruled. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

LOUIS BERGSTEIN, Respondent, v. ELIAS A. DEUTSCHMAN, Appellant.— Order denying defendant's motion for separate trial of issues affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

DAVID BODENSTEIN, Individually, as a Stockholder of the LEVERICH BOND AND MORTGAGE CORPORATION, a Domestic Corporation, and on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. " ABRAHAM " LYLE LEVERICH, First Name Being Fictitious, True Name Unknown to Plaintiff, Appellant, and LEVERICH BOND AND MORTGAGE CORPORATION, a Domestic Corporation, Defendant.— Order denying motion to dismiss amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve a further amended complaint within ten days from the entry of the order herein. The amended complaint is involved and contains conclusions of law. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JULIUS COHEN, Respondent, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and JOSEPH WAGENHEIM and MEYER GOODMAN, Appellants. MARY E. KELLY, Substituted Plaintiff for BARNEY ZINICK, Plaintiff, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Defendants.— Order confirming report of referee in surplus money proceedings unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JAMES CONDY, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.